# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2022

## NO. 03-22-00503-CV

**Deirdre Gilbert, Appellant**

**v.**

**John B. Scott, Texas Secretary of State, and Keith Ingram, Director of Elections, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH**

This is an attempted appeal from the order signed by the trial court on August 16, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.